HC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 23 AM 10: 39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Adam Grant GUNDERSON,** Defendant(s) | Magistrate Case No. '08 MJ 1918<br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **June 21, 2008** within the Southern District of California, defendant **Adam Grant GUNDERSON** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Juan Carlos PURECO** and **Felipe De Jesus TREJO-De Santiago** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF ~~JUNE~~, 2008

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Adam Grant GUNDERSON**

HC

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Juan Carlos PURECO** and **Felipe De Jesus TREJO-De Santiago** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 21, 2008 at approximately 4:49 p.m., Border Patrol Agent J. Sarantes was conducting primary inspection duties at the Interstate 8 Border Patrol Checkpoint located in the westbound lanes near Pine Valley, California. All checkpoint warning signs, cones, and lights were in place and operational. BPA Sarantes observed a silver Mercedes sedan enter the primary inspection area with one visible occupant. Agent Sarantes observed the drive was a Caucasian male with a loose button down collard shirt who was visibly nervous. Agent Sarantes verbally identified himself as a United States Border Patrol Agent and asked the driver to state his citizenship. The driver replied U.S. citizen. Agent Sarantes observed that the vehicle appeared weighted down in the trunk area. Agent Sarantes asked the driver if he could search the trunk area. The driver said yes and told Agent Sarantes the trunk was not locked. Agent Sarantes opened the trunk of the Mercedes and observed two people in the trunk. Both people were sweating profusely and appeared to be in distress. The current temperature was approximately 104 degrees Fahrenheit and the road temperature was approximately 116 degrees Fahrenheit. Agent Sarantes identified himself to the concealed individuals and questioned them regarding their citizenship and immigration status. Each person said that they are a citizen of Mexico who had recently, and illegally, crossed into the United States. Agent Sarantes arrested the driver, later identified as the defendant **Adam Grant GUNDERSON**, for alien smuggling. The two smuggled aliens were helped out of the trunk of the car and taken into custody.

**MATERIAL WITNESSES STATEMENTS:**

Material Witnesses **Juan Carlos PURECO** and **Felipe De Jesus TREJO-De Santiago** stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. The material witnesses stated that they were to pay between $2,000.00 to $3,000.00 dollars to be smuggled. Both material witnesses stated that they were hot and sweating while in the trunk of the vehicle.