FILED

08 JUL 16 PM 3:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2348 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ADAM GRANT GUNDERSON, Defendant. | Criminal Case No. ___________ <br> I N D I C T M E N T <br> Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |

The grand jury charges:

Count 1

On or about June 21, 2008, within the Southern District of California, defendant ADAM GRANT GUNDERSON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Carlos Pureco, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

//

CJB:em:San Diego
7/16/08

Count 2

On or about June 21, 2008, within the Southern District of California, defendant ADAM GRANT GUNDERSON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Felipe De Jesus Trejo-De Santiago, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: July 16, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney