KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035
Luella.Caldito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM GRANT GUNDERSON,<br><br>Defendant. | CRIM. CASE NO. 08CR2348-WQH<br><br>DATE: August 25, 2008<br>TIME: 2:00 p.m.<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY |

NOTICE OF MOTION

TO: Norma Aguilar, Esq., Federal Defenders of San Diego, Inc, counsel for defendant Oscar Adam Grant Gunderson,

PLEASE TAKE NOTICE that on Monday, August 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

//

//

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

DATED: August 25, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Luella M. Caldito

LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035
Luella.Caldito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM GRANT GUNDERSON,<br><br>Defendant. | CRIM. CASE NO. 08CR2348-WQH<br><br>DATE: August 25, 2008<br>TIME: 2:00 p.m.<br><br>STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and hereby files its Statement of Facts and Memorandum of Points and Authorities in support of the motion for reciprocal discovery.

## I

## STATEMENT OF THE CASE

On July 16, 2008, a federal grand jury in the Southern District of California returned a two-count Indictment charging Defendant with Transportation of Illegal Aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii). Defendant was arraigned on the Indictment on July 17, 2008, and pled not guilty to the Indictment.

## II

## STATEMENT OF FACTS

### A. The Offense

On June 21, 2008, at approximately 4:49 p.m., Defendant approached the primary inspection area at the Interstate 8 Border Patrol Checkpoint in Pine Valley, California. Defendant was the driver and sole visible occupant of a 1993 Mercedes Benz. During primary inspection, Border Patrol Agent Juan Carlos Sarantes observed that the vehicle appeared heavily laden but that the rear passenger area of the vehicle did not contain any cargo. Agent Sarantes then asked if he could search the trunk of the vehicle. Defendant consented to the search. When Agent Sarantes opened the trunk, he found two people hiding inside. Both individuals stated that they were citizens of Mexico and had recently crossed into the United States.

#### 1. Defendant's Statement of the Offense

On June 21, 2008, at approximately 10:15 p.m., Supervisory Border Patrol Agent Scott Lowe advised Defendant of his Miranda rights. Defendant invoked his right to remain silent.

#### 2. Material Witness' Statements

Juan Carlos Pureco and Felipe De Jesus Trejo-De Santiago, the two undocumented aliens found in the trunk of the vehicle, were retained as material witnesses. In a video-recorded interview, the material witnesses admitted to being citizens and nationals of Mexico with no legal right to enter or reside in the United States. Pureco stated that he made arrangements with an unknown male individual in Tijuana to be smuggled to Los Angeles, California for $2,000.00. De Jesus Trejo-De Santiago stated that he was to be smuggled to Oregon, California for $3, 000.00. Additionally, the material witnesses stated that they crossed into the United States with a foot guide. They walked for approximately 10

hours before arriving at an area where they waited for a grey colored vehicle. The vehicle arrived within 30 minutes. The material witnesses then loaded into the trunk of the vehicle. The material witnesses further stated that the driver of the vehicle drove very fast and that they were in the vehicle for approximately 15 minutes before immigration officers discovered them.

## III

## GOVERNMENT'S MOTION

### A. MOTION FOR RECIPROCAL DISCOVERY

#### 1. RULE 16(b)

The United States, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, requests that Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which Defendant intends to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom Defendant intends to call as a witness. Because the Defendant has requested disclosure under Rule 16(a)(1)(E) and the United States has complied and will continue to comply with Defendant's request for delivery of reports of examinations, the United States is entitled to the items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure. The United States also requests that the Court make such order as it deems necessary under Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled

#### 2. RULE 26.2

Rule 26.2 of the Federal Rules of Criminal Procedure requires the production of prior statements of all witnesses, except a statement made by Defendant. This rule thus provides for the reciprocal production of Jencks statements.

The time frame established by the rule requires the statement to be provided after the witness has testified. To expedite trial proceedings, the United States hereby requests that Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

**IV**

**CONCLUSION**

For the foregoing reasons, the United States requests that the Government's Motion be granted.

DATED: August 18, 2008.

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

/s/ Luella M. Caldito

LUELLA M. CALDITO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADAM GRANT GUNDERSON,<br>Defendant. | ) | Case No. 08CR2348-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Norma Aguilar, Esq., Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case: None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2008.

/s/ Luella M. Caldito
LUELLA M. CALDITO