FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAM GRANT GUNDERSON,

Defendant.

Crim. Case No. 08cr2348-WQH

ORDER GRANTING EX PARTE APPLICATION SHORTENING TIME TO HEAR MOTION FOR THE VIDEOTAPED DEPOSITION OF MATERIAL WITNESSES

Upon ex parte application of the material witnesses JUAN CARLOS PURECO and FELIPE DE JESUS TREJO-DE SANTIAGO, by their attorney, Tamara D. DeHaan, for an order shortening time to hear a motion for video-taped deposition, and in consideration of the fact the witnesses have been in custody since June 21, 2008, with no possibility of being released on bond, and all other matters presented to the Court,

IT IS HEREBY ORDERED that the ex parte application for an Order Shortening Time to hear the motion for videotaped deposition is GRANTED. The motion shall be heard on September 2, 2008, at ~~9:30 a.m.~~ 2:00pm, in Department H of this Court.

IT IS SO ORDERED.

DATED: 8/26/08

The Honorable Louisa S. Porter
United States Magistrate Judge